UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JEFFREY E. WALKER, | |
|---|---|
| Plaintiff, | Case No. 15-cv-05820-HSG |
| v. | **JUDGMENT** |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

For the reasons set forth in the Order of Dismissal, this action is dismissed without prejudice as duplicative.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  6/9/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge